# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CIV-81754-RAR

**ESURANCE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**,

        Plaintiff,

v.

**KHRYSTAL VERGARA**, *et al.*,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report") [ECF No. 75], entered on June 29, 2021. The Report recommends that the Court grant Plaintiff's Motion for Summary Judgment [ECF No. 54], deny Defendants' Motion for Summary Judgment [ECF No. 60], and enter declaratory judgment for Plaintiff on Counts I-III. *See* Report at 15. Defendants filed objections to the Report on July 13, 2021 [ECF No. 77].

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Defendants filed timely objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Reinhart's legal and factual findings. Having carefully reviewed the Second Amended Complaint [ECF No. 49], the parties' summary judgment motions and related responses and replies [ECF Nos. 54, 58, 59, 60, 64, 70], the parties' Joint Statement of Undisputed Material Facts [ECF No. 73], the Report [ECF No. 75], and Defendants' Objections [ECF No. 77], and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1) The Report [ECF No. 75] is **AFFIRMED AND ADOPTED**.

2) Plaintiff's Motion for Summary Judgment [ECF No. 54] is **GRANTED**.

3) Defendants' Motion for Summary Judgment [ECF No. 60] is **DENIED**.

4) A declaratory judgment shall be entered in accordance with the foregoing by separate order.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 14th day of July, 2021.

                                                                                      **RODOLFO RUIZ**
                                                                                    **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record
        Magistrate Judge Bruce E. Reinhart